

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2018

No. 04-18-00623-CR

Matthew **SERNA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 16-05-0186-CRA
Honorable Russell Wilson, Judge Presiding

# O R D E R

Leticia Escamilla's notification of later record is hereby GRANTED. The reporter's record is due no later than January 2, 2019. No Further Extensions.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court